# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SANA DIEPENHORST,

        Plaintiff(s),

v.

DREAMDEALERS USA, LLC, et al.,

        Defendant(s).

2:13-CV-395 JCM (NJK)

**ORDER**

Presently before the court is defendants', Dreamdealers USA, LLC, and Audrey Leeman, motion to dismiss. (Doc. # 9). Plaintiff Sana Diepenhorst filed a response in opposition (doc. # 13), and defendants filed a reply (doc. # 14).

The court referred this case to the early neutral evaluation ("ENE") track. Magistrate Judge Leen conducted an ENE settlement conference with the parties. The parties reached a settlement at the ENE settlement conference. The settlement moots the pending motion to dismiss, and the court denies the motion without prejudice.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss (doc. # 9) be, and the same hereby, is DENIED as moot.

DATED July 18, 2013.

_____
UNITED STATES DISTRICT JUDGE